IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   McClendon, Odessa B

Printed: 4/29/08

Case Number:  05 B 64245
Judge:  Wedoff, Eugene R

Filed:  12/30/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  April 23, 2008
Confirmed:  February 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,355.44 |  |
| Secured: |  | 6,115.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,402.10 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 537.96 |
| Other Funds: |  | 0.00 |
| Totals: | 10,355.44 | 10,355.44 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 2,300.00 | 2,300.00 |
| 2. | Capital One Auto Finance | Secured | 15,782.24 | 6,115.38 |
| 3. | Illinois Dept of Revenue | Priority | 917.08 | 278.26 |
| 4. | Internal Revenue Service | Priority | 3,704.17 | 1,123.84 |
| 5. | Capital One | Unsecured | 211.08 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 239.20 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 37.72 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 221.09 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 27.51 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 29.73 | 0.00 |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 13. | Direct Merchants | Unsecured |  | No Claim Filed |
| 14. | HSBC Mortgage Services | Unsecured |  | No Claim Filed |
| 15. | Wexler & Wexler | Unsecured |  | No Claim Filed |
| 16. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 17. | Provident Bank | Unsecured |  | No Claim Filed |
| 18. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 23,469.82 | $ 9,817.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 134.84 |
| 5% | 65.87 |
| 4.8% | 147.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McClendon, Odessa B | Case Number: 05 B 64245 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/29/08 | Filed: 12/30/05 |

```
                    5.4%              189.71
                                   _____
                                    $ 537.96
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

